Rev. 6/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DIVISION

IN RE:

**AR Textiles Ltd**

**CHAPTER 11**

CASE NO: __21-01441-5-DMW__

☐ Check if this is an amended filing

DEBTOR(S)

## CHAPTER 11 POST-CONFIRMATION REPORT
## PURSUANT TO THE ORDER CONFIRMING PLAN

REPORTING PERIOD COVERED: __Oct. 2022 - Dec. 2022__

DATE PLAN CONFIRMED: __31 August 2022__

EFFECTIVE DATE OF PLAN: __14 September 2022__

ESTIMATED CLOSING DATE: __1 April 2023__

---

I/We declare under penalty of perjury that the information contained in this report is true and correct to the best of my/our knowledge and belief.

**DEBTOR:**

Printed Name: **S. Bhardwaj**

Date: _2/16/2023_

Signature: _[signature]_

Title (for Corporate Debtor): **Director**

**JOINT DEBTOR:**

Printed Name: _____

Date: _____

Signature: _____

---

I have read the information in this report and the information contained herein is true and correct to the best of my knowledge and belief:

**ATTORNEY FOR THE DEBTOR(S):**

Printed Name: **Joseph Z. Frost**          Date: **2/16/2023**

Signature: _[signature]_

---

*Penalty for making a false statement or filing a false report: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.   18 U.S.C. §§ 152 and 3571*

# PAYMENTS TO CREDITORS

Class 1 – (Creditor(s) in this Class: **Administrative Claims and Expenses** )

(a) Date payments commence to this Class: **September 15, 2022**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 2 – (Creditor(s) in this Class: **Ad Valorem Tax Claims** )

(a) Date payments commence to this Class: **July 15, 2022**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 29,379.32**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☑ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**The Debtor has appealed the ad valorem property taxes for the tax years ending December 31, 2021, and December 31, 2022, and the Debtor has sought a determination of its tax liability, owed with respect to this Class, pursuant to 11 U.S.C. 505. Upon said determination being made, the Debtor will tender payment, in full, for any tax obligations owed to this Class.**

Class 3 – (Creditor(s) in this Class: **Tax Claims** _____ )

(a) Date payments commence to this Class: **September 15th 2022** _____

(b) No payments due (if applicable): [✓] Paid in Full, [ ] Collateral Sold/Surrendered, [ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 4 – (Creditor(s) in this Class: **AR International Holding Ltd** _____ )

(a) Date payments commence to this Class: **July 15th 2022** _____

(b) No payments due (if applicable): [ ] Paid in Full, [✓] Collateral Sold/Surrendered, [ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [✓] Other

(d) Total amount required to be paid this Quarter: **$ 115,000.00** _____

(e) Total amount paid this Quarter: **$ 115,000.00** _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 5</u> – (Creditor(s) in this Class: **Deutsche Leasing USA, Inc**          )

(a) Date payments commence to this Class: **July 15, 2022**

(b) No payments due (if applicable): [✓] Paid in Full, [ ] Collateral Sold/Surrendered,

[ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

<u>Class 6</u> – (Creditor(s) in this Class: **Edgecombe Martin County Electric Men**)

(a) Date payments commence to this Class: **July 15, 2022**

(b) No payments due (if applicable): [✓] Paid in Full, [ ] Collateral Sold/Surrendered,

[ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 7 – (Creditor(s) in this Class: **Unexpired Leases and Executory Contra**)

(a) Date payments commence to this Class: **September 15 2022**

(b) No payments due (if applicable): ☐ Paid in Full, ☑ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☑ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 8 – (Creditor(s) in this Class: **General Unsecured Claims**)

(a) Date payments commence to this Class: **September 15 ,2022**

(b) No payments due (if applicable): ☑ Paid in Full, ☐ Collateral Sold/Surrendered,

☐ Unsecured Creditor Treatment, ☑ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Click to add Creditor Classes

Class 9 – (Creditor(s) in this Class: **General Unsecured Claims**          )

(a) Date payments commence to this Class: **September 15, 2022**

(b) No payments due (if applicable): [✓] Paid in Full, [ ] Collateral Sold/Surrendered,

[ ] Unsecured Creditor Treatment, [✓] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [✓] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 10 – (Creditor(s) in this Class: **Equity Security Holders**          )

(a) Date payments commence to this Class: **N/A**

(b) No payments due (if applicable): [ ] Paid in Full, [ ] Collateral Sold/Surrendered,

[ ] Unsecured Creditor Treatment, [✓] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

# PAYMENTS TO NON-CLASSIFIED CLAIMS

[ ]  Check if this form is not applicable to the Debtor(s)

## A.) Name of Claimants: _____

(a) Date payments commence to these creditors: _____

(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

```
[                                                                    ]
```

## B.) Name of Claimants: _____

(a) Date payments commence to these creditors: _____

(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

```
[                                                                    ]
```

# PROPERTY SALE REPORT

(a) Does the Plan propose the sale or transfer of property?  ☑ Yes ☐ No

(b) If Yes, please complete the following chart:

| Description of Property | Date Property Must be Sold | Date Property Sold |
|---|---|---|
| Surrender/Transfer Personal Prop - AR Int'l Holding, Ltd. | 10/14/2022 | 10/14/2022 |
| Surrender/Transfer Real Property - AR Int'l Holding, Ltd. | 12/31/2022 | |
| | | |
| | | |
| | | |
| | | |

(c) If the Debtor sold property during the quarter, please complete the following chart:

| Description of Property Sold | Date Property Sold | Gross Sale Proceeds | Net Sale Proceeds Paid to Debtor |
|---|---|---|---|
| Laboratory Equipment and Consummables | 10/17/2022 | $ 115,000.00 | $ 115,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |

## PAYMENTS TO PROFESSIONALS

Please list any and all payments made to any and all professionals (e.g., attorney, accountant, realtor, etc.) during the reporting period, not otherwise disclosed in this report.

| Name of Professional | Date Payment Made | Amount Paid to Professional |
|---|---|---|
| **Buckmiller, Boyette & Frost, PLLC** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MATTERS PENDING

What other specific matters does the Court need to resolve prior to closing the case (e.g., adversary proceedings, claim disputes, filing fee applications, etc.)?  Please indicate the nature of each matter, and an estimated time frame that these matters will be resolved:

**Approval of settlement and compromise reached between the Debtor, The Cincinnati Insurance Company, and John Hackney Agency, Inc., relating to the pending adversary proceeding for insurance coverage and damages associated with property damage and lost business income and expense currently pending before the Bankruptcy Court, AP No. 21-00110-5-DMW.**

**Anticipated that bankruptcy proceeding will be closed, and Final Decree entered, during the First Quarter of 2023.**

# <u>CHAPTER 11 QUARTERLY FEES</u>

***DISBURSEMENTS INCLUDE:*** Sum total of all disbursements from all of the Debtor's bank accounts – **and** – payments made on behalf of the Debtor. Disbursements do not include transfers between the Debtor's accounts. Quarterly fees are not prorated.

***Calculating the Fee:*** Use the table at the bottom of the page to compute the Amount of Fee Due for each quarter. Payment of quarterly fees should be submitted to Debtor's attorney, and then Debtor's attorney should submit the payment through <u>www.pay.gov</u>.

## 4th Quarter:

|  | <u>Disbursements made by Debtor</u> |  | <u>Disbursements made on behalf of Debtor</u> |
|---|---|---|---|
| Disbursements for **October**: | **$136,607.38** | + | **$0.00** |
| Disbursements for **November**: | **$5,161.22** | + | **$0.00** |
| Disbursements for **December**: | **$6,003.13** | + | **$49,277.35** |
| **TOTAL**: | **$147,771.73** | + | **$49,277.35** |

**TOTAL DISBURSEMENTS**:   **$197,049.08**

**AMOUNT OF QUARTERLY FEE DUE**:   **$788.20**   *****

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0.00 to $62,624.00 | $250.00 |
| $62,625.00 to $999,999.00 | Quarterly disbursements multiplied by 0.004 |
| $1,000,000.00 to $31,249,937.00 | Quarterly disbursements multiplied by 0.008 |
| $31,249,938.00 or more | $250,000.00 |

***** *The Amount of Quarterly Fee Due should be rounded to whole dollars. For amounts $0.50 and above, round up to the next whole dollar. For amounts under $0.50, round down.*